```
LAWRENCE G. BROWN
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
CHRISTINA M. EASTMAN
Certified Law Clerk, Misdemeanor Unit
501 "I" Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2805
```

FILED
SEP 8 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

2:09-mj-0261 GGH

| | |
|---|---|
| UNITED STATES OF AMERICA, | VIOLATIONS: 18 U.S.C. § 13 and Cal. Veh. Code § 14601.1(a) - Driving When License Suspended for Failure to Appear; 18 U.S.C. § 13 and Cal. Veh. Code § 12500(a) - Driving Without a Valid License |
| Plaintiff, | |
| v. | |
| ISRAEL MARTINEZ, | |
| Defendant. | |

## I N F O R M A T I O N

COUNT ONE: [18 U.S.C. § 13 and Cal. Vehicle Code § 14601.1(a) - Driving When License Suspended for Failure to Appear]

The United States Attorney charges: T H A T

ISRAEL MARTINEZ,

defendant herein, on or about July 7, 2009, at Tracy Defense Depot, County of San Joaquin, State and Eastern District of California, within the Special Maritime and Territorial Jurisdiction of the United States, did unlawfully drive a motor vehicle when his privilege to do so was suspended for failure to appear, in violation of Title 18, United States Code, Section 13 and California Vehicle Code, Section 14601.1(a), a misdemeanor.

COUNT TWO:   [18 U.S.C. § 13 and Cal. Vehicle Code § 12500(a) - Driving Without a Valid License]

The United States Attorney further charges:   T H A T

ISRAEL MARTINEZ,

defendant herein, on or about July 7, 2009, at Tracy Defense Depot, County of San Joaquin, State and Eastern District of California, within the Special Maritime and Territorial Jurisdiction of the United States, did unlawfully drive a motor vehicle upon a highway without a valid license, in violation of Title 18, United States Code, Section 13 and California Vehicle Code, Section 12500(a), a misdemeanor.

DATED: September 4, 2009.

LAWRENCE G. BROWN
United States Attorney

BY: /s/
MATTHEW C. STEGMAN
Assistant U.S. Attorney

## PENALTY SLIP

### UNITED STATES v. ISRAEL MARTINEZ

### COUNT 1:

| | |
|---|---|
| VIOLATION: | 18 U.S.C. § 13 and CVC § 14601.1(a) - Driving When Privilege Suspended and Revoked for Failure to Appear |
| MAXIMUM PENALTY: | Imprisonment for not more than 6 months, or a fine of not less than $300 but not more than $1,000, or both. |
| SPECIAL ASSESSMENT: | $10 |

### COUNT 2:

| | |
|---|---|
| VIOLATION: | 18 U.S.C. § 13 and CVC § 12500(a) - Driving Without a Valid License |
| MAXIMUM PENALTY: | Imprisonment for not more than 6 months or a fine of not more than $1,000, or both. |
| SPECIAL ASSESSMENT: | $10 |