```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  LAUREN CUSICK, Bar #257570
    Assistant Federal Defender
 3  Designated Counsel For Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorneys for Defendant
    ISRAEL MARTINEZ
 7

 8                  UNITED STATES DISTRICT COURT

 9                  EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,    ) No.  Mag.09-261 GGH
                                 )
11             Plaintiff,        ) STIPULATION AND PROPOSED ORDER TO
                                 ) CONTINUE COURT TRIAL
12       v.                      )
                                 ) Date: November 18, 2009
13  ISRAEL MARTINEZ,             ) Time: 9:00 a.m.
                                 ) Judge: Hon. Gregory G. Hollows
14             Defendant.        )
    _____)
15
```

16     The United States of America, through MATTHEW C. STEGMAN, Assistant

17 United States Attorney, together with defendant, ISRAEL MARTINEZ, by

18 Assistant Federal Defender, LAUREN CUSICK, Office Of The Federal

19 Defender, stipulate to continue the court trial set for Wednesday,

20 October 14, 2009 at

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28   Stipulation and Proposed Order         1

1  9:00 a.m. to Wednesday, November 18, 2009 at 9:00 a.m.

2  Dated: October 13, 2009                Respectfully submitted,

3                                         DANIEL J. BRODERICK
                                          Federal Defender
4
                                          /s/ Lauren D. Cusick
5                                         LAUREN D. CUSICK
                                          Assistant Federal Defender
6

7  Dated: October 13, 2009                LAWRENCE G. BROWN
                                          United States Attorney
8

9                                         /s/ Matthew Stegman
                                          MATTHEW C. STEGMAN
10                                        Assistant U.S. Attorney

11

12                              **O R D E R**

13  IT IS SO ORDERED.

14

15  Dated: October 14, 2009
                       /s/ Gregory G. Hollows
16                   United States Magistrate Judge

17  martinez261.eot

Stipulation and Proposed Order        2