1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LAUREN CUSICK, Bar #257570
   Assistant Federal Defender
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant
   ISRAEL MARTINEZ
7

8                  UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,      )  No.  Mag. No. 09-261 GGH
                                  )
11              Plaintiff,        )  STIPULATION AND ORDER TO CONTINUE
                                  )  COURT TRIAL
12      v.                        )
                                  )  Date:
13 ISRAEL MARTINEZ,               )  Time:
                                  )  Judge: HON. GREGORY G. HOLLOWS
14              Defendant.        )
   _____)
15

16      The United States of America, through MATTHEW C. STEGMAN, Assistant

17 United States Attorney, together with defendant, ISRAEL MARTINEZ, by

18 Assistant Federal Defender, LAUREN CUSICK, Office Of The Federal

19 Defender, stipulate to continue the court trial set for Wednesday,

20 November 18, 2009 at 9:00 a.m. to Wednesday, January 20, 2010 at 9:00

21 a.m.

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28     Stipulation and Proposed Order        1

1    Dated: November 13, 2009              Respectfully submitted,

2                                          DANIEL J. BRODERICK
                                           Federal Defender
3
                                           /s/ Lauren D. Cusick
4                                          LAUREN D. CUSICK
                                           Assistant Federal Defender
5

6    Dated: November 13, 2009              BENJAMIN WAGNER
                                           United States Attorney
7

8                                          /s/ Matthew Stegman
                                           MATTHEW C. STEGMAN
9                                          Assistant U.S. Attorney

10

11                              **O R D E R**

12   IT IS SO ORDERED.

13

14   Dated: November 17, 2009
                                           /s/ Gregory G. Hollows
15                                         _____
                                           HON. GREGORY G. HOLLOWS
16                                         United States Magistrate Court

17   martinez261.eot2

18

19

20

21

22

23

24

25

26

27

28
     Stipulation and Proposed Order          2