```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
LAUREN CUSICK, Bar #257570
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
ISRAEL MARTINEZ
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  Mag. No. 09-261 GGH |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE COURT TRIAL |
| v. | Date:  January 20, 2010 |
| ISRAEL MARTINEZ, | Time:  9:00am |
| Defendant. | Judge:  Hon. Gregory G. Hollows |

The United States of America, through MATTHEW C. STEGMAN, Assistant United States Attorney, together with defendant, ISRAEL MARTINEZ, by Assistant Federal Defender, LAUREN CUSICK, Office Of The Federal Defender, stipulate to continue the court trial set for Wednesday, January 20, 2010 at 9:00 a.m. to Wednesday, February 10, 2010 at 9:00 a.m.

The parties agree that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial because the defense requires more time to investigate,

///

Stipulation and Proposed Order            1

1 | prepare and possibly negotiate a resolution.

3 | Dated: January 15, 2010                    Respectfully submitted,

4 |                                            DANIEL J. BRODERICK
  |                                            Federal Defender

6 |                                            /s/ Lauren D. Cusick
  |                                            LAUREN D. CUSICK
  |                                            Assistant Federal Defender

8 | Dated: January 15, 2010                    LAWRENCE G. BROWN
  |                                            United States Attorney

10 |                                           /s/ Matthew C. Stegman
   |                                           MATTHEW C. STEGMAN
11 |                                           Assistant U.S. Attorney

13 |                         **O R D E R**

14 | IT IS SO ORDERED.

16 | Dated: January 21, 2010                   /s/ Gregory G. Hollows
   |                                           _____
17 |                                           HON. GREGORY G. HOLLOWS
   |                                           United States Magistrate Court

19 | martinez261.eot3

Stipulation and Proposed Order            2