DANIEL J. BRODERICK, Bar# 89424
Federal Defender
LAUREN D. CUSICK, Bar #CA 257570
Assistant Federal Defender
Cathleen Penney
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ISRAEL MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ISRAEL MARTINEZ,<br><br>　　　　Defendant. | Case# 2:09-mj-261-GGH<br><br>**STIPULATION AND ORDER TO CONTINUE JUDGEMENT AND SENTENCING**<br><br>DATE: May 3, 2010<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Gregory G. Hollows |

　　It is hereby stipulated and agreed to between the United States of America through MATTHEW STEGMAN, Assistant U.S. Attorney, and defendant, ISRAEL MARTINEZ, by and through his counsel, LAUREN CUSICK, Assistant Federal Defender, that the judgement and sentencing hearing set for Monday, May 3, 2010 be vacated and set for Monday, June 7, 2010 at 9:00 a.m. pursuant to the following schedule.

　　This continuance is requested because Probation Officer Casey Horner has requested additional time to complete his report. The parties agree to the following schedule:

1  Proposed Pre-Sentence Report shall be disclosed to counsel no later
2 than May 3, 2010.
3  Counsel's written objections to the Pre-Sentence Report shall be
4 delivered to Probation and opposing counsel by May 10, 2010.
5  The Pre-Sentence Report shall be filed with the Court and disclosed
6 to counsel no later than May 17, 2010.
7  Motion for Correction of the Pre-Sentence Report shall be filed with
8 the Court and served on Probation and opposing counsel by May 24, 2010.
9  Reply, or statement of non-opposition shall be filed by May 31,
10 2010.

DATED: March 24, 2010          Respectfully submitted,

                               DANIEL J. BRODERICK
                               Federal Defender


                               /s/ Lauren D. Cusick
                               LAUREN D. CUSICK
                               Assistant Federal Defender
                               Attorney for Defendant
                               ISRAEL MARTINEZ


DATED: March 24, 2010          BENJAMIN WAGNER
                               United States Attorney


                               /s/ Matthew Stegman
                               MATTHEW STEGMAN
                               Assistant U.S. Attorney
                               Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.**

DATED: April 2    , 2010. /s/ Gregory G. Hollows
                          United States Magistrate Judge
martinez261.eot4

**2**