1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  LAUREN D. CUSICK, Bar #CA 257570
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   ISRAEL MARTINEZ

                 IN THE UNITED STATES DISTRICT COURT

                 FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>             ) <br>        Plaintiff, )<br>             )<br>   v.        )<br>             )<br>             )<br>ISRAEL MARTINEZ, )<br>             )<br>        Defendant. )<br>             )<br>_____ ) | MJ 09-261-GGH<br><br>**STIPULATION AND ORDER TO CONTINUE JUDGEMENT AND SENTENCING**<br><br>DATE: June 28, 2010<br>TIME: 2:00 pm.<br>JUDGE: Hon. Gregory G. Hollows |


   It is hereby stipulated and agreed to between the United States of America through MATTHEW STEGMAN, Assistant U.S. Attorney, and defendant, ISRAEL MARTINEZ, by and through his counsel, LAUREN CUSICK, Assistant Federal Defender, that the judgement and sentencing hearing set for Monday, June 7, 2010 be vacated and set for Monday, June 28, 2010 at 2:00 pm. pursuant to the following schedule.

   This continuance is requested to give counsel additional time to prepare for sentencing.

/////

/////

```
DATED: June 2, 2010          Respectfully submitted,

                             DANIEL J. BRODERICK
                             Federal Defender


                             /s/ Lauren D. Cusick
                             LAUREN D. CUSICK
                             Assistant Federal Defender
                             Attorney for Defendant
                             ISRAEL MARTINEZ


DATED: June 2, 2010          BENJAMIN WAGNER
                             United States Attorney


                             /s/ Matthew Stegman
                             MATTHEW STEGMAN
                             Assistant U.S. Attorney
                             Attorney for Plaintiff
```

**O R D E R**

**IT IS SO ORDERED.**

DATED:   June 7   , 2010.  /s/ Gregory G. Hollows
                           GREGORY G. HOLLOWS
                           United States Magistrate Judge

martinez261-2.eot

2